ORIGINAL

FILED
MAR - 5 2007
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

GRANITE CONSTRUCTION COMPANY

Plaintiff,

v.

THE UNITED STATES OF AMERICA

Defendant.

Case No.: 07-146-C

# COMPLAINT

Plaintiff GRANITE CONSTRUCTION COMPANY ("Granite") alleges as follows:

1. The United States Court of Federal Claims has jurisdiction in this matter pursuant to 28 U.S.C. section 1491 and 41 U.S.C. section 601, et seq., the Contract Disputes Act of 1978.

2. Granite is, and at all times herein mentioned was, a corporation duly organized and existing under and by virtue of the laws of the State of California, and doing business as a general contractor.

3. Defendant THE UNITED STATES OF AMERICA is, and at all time herein mentioned was, acting by and through the Department of the Navy which is, and at all times herein mentioned was, an agency of the United States of America ("Navy").

4. On or about September 15, 2003, Granite entered into a written agreement ("Contract") with the Navy. Pursuant to the Contract, Granite agreed to perform repairs to range roads at the Navy Air Weapons Station, China Lake, California under Contract No. N68711-03-C-1207. ("Project"). The standard form of said agreement, along with the entire agreement, which incorporates by reference the plans, specifications, and other contract documents (hereinafter collectively referred to as "Contract Documents"), is voluminous and not attached

hereto but it is and has been made available to the Defendant and is incorporated by reference as though fully set forth herein.

5. The Contract Documents generally includes the patching, reconstruction overlay and rubberized chip seal and other incidental related work to make repairs to the range roads. The original contract amount was $2,645,000 which was subsequently increased to $3,072,317.00 pursuant to amendment of solicitation/ modification of the Contract Documents administered by the Navy.

6. As a direct result of unexpected closures, unexpected testing and the location of an exploded ordinance at the project, Granite was delayed several days. As a result of the delays incurred, Granite submitted a Request for Equitable Adjustment in the amount of $67,396.00.

7. Subsequent conversations between Granite and the Navy and written email exchanges provided that Granite would be paid the amount indicated in its Request for Equitable Adjustment.

8. In addition to Granite's Request for Equitable Adjustment in the amount indicated, Granite is still owed $174,055.71 in original contract balance and retention. Granite also claims entitlement to interest on wrongfully withheld retention.

9. Attached hereto as Exhibit "A" is Granite's Request for Equitable Indemnity. Attached hereto as Exhibit "B" is Granite's Request for Contracting Officer's Final Decision. The Navy has never responded to Granite's Request for Equitable Indemnity nor to its request for Contracting Officer's Final Decision.

10. Granite has performed all obligations required of it under the contract to be performed unless otherwise excused by failure to performed by the Navy.

11. As a direct and proximate result of the Navy's refusal to honor Granite's Request for Equitable Adjustment, Granite has been damaged in the principal sum of at least $67,396.00 plus interest thereon as provided in the contract dispute act. In addition, Granite is still owed contract balance of approximately $5,000.00 and interest on retention. The Navy's failure and refusal to fully compensate Granite for the above described delays to the contract, is without

substantial justification and, accordingly pursuant to the Equal Access to Justice Act, 28 U.S.C. Section 2412 et seq., Granite is entitled to attorneys' fees and other expenses incurred in relation to and in furtherance of the presentation and prosecution of the claims in this litigation.

WHEREFORE, Granite prays for judgment as follows:

1. For damages in a principal sum in excess of $67,396.00 accordingly to proof together with interest thereon pursuant to the Contract Disputes Act;

2. For original contract to be paid in the amount at least $5,000.00 accordingly to proof together with interest on the original retention thereon pursuant to the Contract Disputes Act;

3. For reasonable attorneys' fees;

4. For costs of suit incurred herein; and

5. For such other and further relief as the Court deems just and proper.

DATED: February 27, 2007

By: /s/ Timothy E. Salter

Timothy E. Salter, Esq.
530 B Street, Suite 2100
San Diego California 92101
Telephone (619) 238-1900
Facsimile (619) 235-0398

Attorneys for Plaintiff
GRANITE CONSTRUCTION COMPANY

September 7, 2004

GRANITE CONSTRUCTION COMPANY SINCE 1922

**DEPARTMENT OF THE NAVY**
**NAVFACENGCOM SOUTHWEST DIVISION**
NAVAL AIR WEAPONS STATION, BLDG 978
1 ADMINISTRATION CIRCLE
CHINA LAKE, CA 93555-6100
Phone: (760) 939-4428 X437
Fax: (760) 939-0809

**Attention:** **Terryll Zade**

Project: CONTRACT N68711-03-C-1207
REPAIR TO RANGE ROADS

Subject: REQUEST FOR EQUITABLE ADJUSTMENT
- DELAY CAUSED BY THE NAVY

Mrs. Zade,

As discussed in my previous emails dated June 28th, July 6th, and July 28th, we have been impacted by delays on the above-mentioned contract.

On June 24th we were delayed 3 hours due to a test that was added last minute. On July 6th we were delayed for one hour, (Rick Swing: Project Manager for the test) due to a test that was not on the range schedule and started at 8pm that night. The project Manager did attempt to work with us the best he could, if not for his help the last night of paving could have turned into another night of paving. As discussed in my email dated July 28th we were currently being delayed due to an unexploded bomb near G1. This delay started on July 26th ended the 28th, and we went back to work on July 29th. During this delay Granite incurred costs due to crew show up time, standby time on the Rubber Plant, as well as significant trucking costs due to show up time and travel time.

In the attached documents you will find the QC reports already submitted to the ROICC office and a breakdown of the costs incurred due to delays that were unavoidable by Granite Construction Company.

We are requesting payment of $67,396 for the costs incurred due to unforeseeable delays.

Sincerely,

Digitally signed by Thomas James
Date: 2004.09.07 15:55:30 -07'00'

Thomas James
Project Manager
211509

cc: Glenn Cobb

# REQUEST FOR EQUITABLE ADJUSTMENT

ESTIMATE FOR COST BREAKDOWN

DATE: 9/7/04

CONTRACT TITLE:

REPAIRS TO RANGE ROADS

CONTRACT NO: N68711-03-C-1207

DESCRIPTION:

DELAY CAUSED BY THE NAVY

GRANITE CONSTRUCTION COMPANY

**PRIME CONTRACTOR'S WORK**

| | | | | | |
|---|---|---|---|---|---|
| 1. Direct Materials | | | | 3,600 | |
| 2. Sales Tax on Materials | INCLUDED | of line 1 | INCLUDED | ---------------- | |
| 3. Direct Labor | | | | 16,518 | |
| 4. Insurance, Taxes, and Fringe Benefits | INCLUDED | of line 3 | INCLUDED | ---------------- | |
| 5. Rental Equipment | | | | $0.00 | |
| 6. Sales Tax on Rental Equipment | 7.25% | of line 5 | 0.0725 | $0.00 | |
| 7. Equipment Ownership and Operating Expenses | | | | 40,468 | |
| 8. SUBTOTAL (Add Lines 1-7) | | | | | $60,586.00 |
| 9. Field Overhead | 3.00% | of line 8 | 0.03 | $1,817.58 | |
| 9a. Other | | | | | |
| **10. SUBTOTAL (Add Lines 8 & 9)** | | | | | **$62,403.58** |

**SUB-CONTRACTOR'S WORK**

| | | | | | |
|---|---|---|---|---|---|
| 11. Direct Materials | | | | $0.00 | |
| 12. Sales Tax on Materials | | of line 11 | -- | $0.00 | |
| 13. Direct Labor | | | | $0.00 | |
| 14. Insurance, Taxes, and Fringe Benefits | | of line 13 | -- | $0.00 | |
| 15. Rental Equipment | | | | $0.00 | |
| 16. Sales Tax on Rental Equipment | | of line 15 | -- | $0.00 | |
| 17. Equipment Ownership and Operating Expenses | | | | $0.00 | |
| 18. SUBTOTAL (Add Lines 11-17) | | | | | $0.00 |
| 19. Field Overhead | | of line 18 | -- | $0.00 | |
| 19a. Other | | | | $0.00 | |
| 20. SUBTOTAL (Add Lines 18 & 19) | | | | | $0.00 |
| 21. Home Office Overhead | | of line 20 | -- | $0.00 | |
| 22. Profit | | of line 20 | -- | $0.00 | |
| **23. SUBTOTAL (Add Lines 20-22)** | | | | | **$0.00** |

**SUMMARY**

| | | | | | |
|---|---|---|---|---|---|
| 24. Prime Contractor's Work (from line 10) | | | | $62,403.58 | |
| 25. Sub-contractor's Work (from line 23) | | | | $0.00 | |
| 26. SUBTOTAL (add lines 24 & 25) | | | | | $62,403.58 |
| 27. Prime Overhead on Sub-contractor | 8% | of line 25 | 0.08 | $0.00 | |
| 28. Prime's Home Office Overhead | 8% | of line 24 | 0.08 | $4,992.29 | |
| 29. Prime's Profit | 0.00% | of line 26 | 0.00 | $0.00 | |
| 30. SUBTOTAL (Add Lines 26-29) | | | | | $67,395.87 |
| 31. Prime Contractor's Bond Premium | 0.00% | of line 30 | 0.00% | $0.00 | |
| **32. TOTAL (Add Lines 30 & 31)** | | | | | $67,396 |

Estimated Time extension and justification: 4 CALENDAR DAYS

Signature and Title of Preparer:

Digitally signed by Thomas James
Date: 2004.09.07 15:41:01 -07'00'

Date 9/7/2004

CHINA LAKE NAVAL AIR STATION PROJECT N68711-03-B-1207
REPAIRS TO RANGE ROADS

**REQUEST FOR EQUITABLE ADJUSTMENT**
**BREAKDOWN: DUE TO DELAY**

DATE 9/7/04

ADDITIONAL CONTRACT TIME NEEDED CALENDAR DAYS 4

*Delay caused by NAWS during permitted hours of work on June 24th, 30th, and July 26th.*
*June 24th : 3 hour delay due to testing*
*June 30th: 1 hour Delay due to Testing : Project Manager Rick Swing*
*July 26th: 3 day delay due to a unexploded bomb near our equipment on G1*
*Includes show up time on Day 1 and Standby/Delay time at the Rubber Plant 3 days*

| DIVISION OF WORK | LABOR | MATERIALS | TRUCKING | EQUIPMENT |
|---|---|---|---|---|
| **JUNE 24TH** | | | | |
| LABOR 20 EMPL (Paving Crew, AC Plant: all Overtime) | 4,736 | | 7,425 | |
| EQUIPMENT 7 UNITS (Paver, feeder,boot truck,rollers, etc) | | | | 1,236 |
| **JUNE 30TH** | | | | |
| LABOR 20 EMPL (Paving Crew, AC Plant: all Overtime) | 1,579 | | 2,475 | |
| EQUIPMENT 7 UNITS (Paver, feeder,boot truck,rollers, etc) | | | | 413 |
| **JULY 26TH** | | | | |
| LABOR 30 EMPL (Chipping Crew, AC Plant, Rubber Plant) | 10,203 | | | |
| EQUIPMENT 13 UNITS (Chipper, tankers,boot truck,rollers, sweepers, etc) | | | | 4,169 |
| RUBBER PLANT: Equipment, fuel/power, tanker Drivers, Standby, Generators | | 3,600 | 2,550 | 11,400 |
| TRUCKING: AC Chip Delivery ( Showup / Travel Time) | | | 10,800 | |
| **SUBTOTAL** | 16,518 | 3,600 | 23,250 | 17,218 |
| **TOTAL COST DUE TO DELAY** | | | | 60586 |

# CONTRACTOR'S QUALITY CONTROL REPORT

DATE: 6/24/04

(ATTACH ADDITIONAL SHEETS IF NECESSARY)

| PHASE | (BLANK NOT APPLICABLE) | YES | NO | IDENTIFY SPECIFICATION, DEFINEABLE FEATURE OF WORK, LOCATION AND LIST PERSONNEL PRESENT |
|---|---|---|---|---|
| PREPARATORY | PLANS AND SPECS HAVE BEEN REVIEWED | X | | 02511N Part 3.3 Asphalt Concrete Overlays |
| | THE SUBMITTALS HAVE BEEN APPROVED | X | | A/C Paving on Mountain Springs Canyon Road |
| | MATERIALS COMPLY WITH APPROVED SUBMITTALS | X | | Eric Eucce, Dagoberto Panlagua, Jesse Servantez, Patricia Nelms, Ed Trzyna Sr., |
| | MATERIALS STORED PROPERLY | X | | Isidro Espedia, Jose Ordaz, Greg Humphers, Rick Dolan, Scott Wilmes, Ann Anderson |
| | PRELIMINARY WORK WAS DONE CORRECTLY | X | | Ron Billet, Dora Olesh, Gloria Lalonde |
| | TESTING PLAN HAS BEEN APPROVED | X | | |
| | SCHEDULE HAS BEEN DISCUSSED | X | | |
| | JOB SAFETY / HAZARD ANALYSIS ADDRESSED | X | | |
| INITIAL | PRELIMINARY WORK WAS DONE CORRECTLY | X | | TESTING PERFORMED & WHO PERFORMED TEST |
| | SAMPLE HAS BEEN PREPARED/ APPROVED | | | Aggregate & A/C testing was performed at the Sand Canyon Hot Plant |
| | WORKMANSHIP IS SATISFACTORY | X | | |
| | TEST RESULTS ARE ACCEPTABLE. | | | |
| | WORK IS IN COMPLIANCE WITH THE CONTRACT. | X | | |
| | WORK COMPLIES WITH SAFETY REQUIREMENTS | X | | |
| FOLLOW-UP | WORK COMPLIES WITH CONTRACT AS APPROVED INITIAL PHASE | | | TESTING PERFORMED & WHO PERFORMED TEST |
| | WORK COMPLIES WITH SAFETY REQIREMENTS | | | |

| REWORK ITEMS IDENTIFIED TODAY (NOT CORRECTED BY CLOSE OF BUSINES) | REWORK ITEMS CORRECTED TODAY (FROM REWORK ITEMS LIST) |
|---|---|
| N/A | N/A |

REMARKS:

A/C Paving on Moutain Springs Canyon Road.

Placed a total of 1216.95 tons

There was a 3 hour delay in the start time due to an unscheduled range closure that will need to worked out with the Navy
Some minor checking occurred at several locations, the areas will be addressed while paving in the daylight on Sunday.

ON BEHALF OF THE CONTRACTOR, I CERTIFY THAT THIS REPORT IS COMPLETED AND CORRECT AND EQUIPMENT AND MATERIAL USED AND WORK PERFORMED DURING THIS REPORTING PERIOD IS IN COMPLIANCE WITH THE CONTRACT DRAWINGS AND SPECIFICATIONS TO THE BEST OF MY KNOWLEDGE EXCEPT AS NOTED IN THIS REPORT.

Eric Eucce 6/24/04

AUTHORIZED QC MANAGER AT SITE DATE

## GOVERNMENT QULITY ASSURANCE REPORT

DATE

QUALITY ASSURANCE REPRESENTATIVE'S REMARKS AND/OR EXCEPTIONS TO THE REPORT

GOVERNMENT QUALITY ASSURANCE MANAGER DATE

COMBINED FORM 81450-1 (7/95) (BACK) SHEET OF

# CONTRACTOR'S QUALITY CONTROL REPORT

7/29/2004

(ATTACH ADDITIONAL SHEETS IF NECESSARY)

| PHASE | (BLANK NOT APPLICABLE) | YES | NO | IDENTIFY SPECIFICATION, DEFINEABLE FEATURE OF WORK, LOCATION AND LIST PERSONNEL PRESENT |
|---|---|---|---|---|
| PREPARATORY | PLANS AND SPECS HAVE BEEN REVIEWED | X | | 02548N Part 3.1 Asphalt Rubber Chip Seal Application |
| | THE SUBMITTALS HAVE BEEN APPROVED | X | | Eric Eucce, Dagoberto Paniagua, Jesse Servantez, Patricia Nelms, Ed Tryzna Sr., Brent |
| | MATERIALS COMPLY WITH APPROVED SUBMITTALS | X | | Gilbert Mendoza, Isidro Espedia, Jose Ordaz, Greg Humphers, Rick Dolan, Ann Anderson |
| | MATERIALS STORED PROPERLY | X | | Scott Cotton, Dora Olesh, Victor Nunez, Scott Wilmes, Dennis Ekens, Nick Garcia |
| | PRELIMINARY WORK WAS DONE CORRECTLY. | X | | Ben Parker, Mike Moore, Richard Skell, John Geshay, Brook Barthaiamule, Tim Springer |
| | TESTING PLAN HAS BEEN APPROVED | X | | |
| | SCHEDULE HAS BEEN DISCUSSED | X | | |
| | JOB SAFETY / HAZARD ANALYSIS ADDRESSED | X | | |
| INITIAL | PRELIMINARY WORK WAS DONE CORRECTLY | X | | TESTING PERFORMED & WHO PERFORMED TEST: Aggregate testing was performed at the Sand Canyon Hot Plant |
| | SAMPLE HAS BEEN PREPARED/ APPROVED | | | |
| | WORKMANSHIP IS SATISFACTORY | X | | |
| | TEST RESULTS ARE ACCEPTABLE. | | | |
| | WORK IS IN COMPLIANCE WITH THE CONTRACT. | X | | |
| | WORK COMPLIES WITH SAFETY REQUIREMENTS | X | | |
| FOLLOW-UP | WORK COMPLIES WITH CONTRACT AS APPROVED INITIAL PHASE | | | TESTING PERFORMED & WHO PERFORMED TEST: |
| | WORK COMPLIES WITH SAFETY REQIREMENTS | | | |

| REWORK ITEMS IDENTIFIED TODAY (NOT CORRECTED BY CLOSE OF BUSINES) | REWORK ITEMS CORRECTED TODAY (FROM REWORK ITEMS LIST) |
|---|---|
| N/A | N/A |

REMARKS:

Job was shut down due to an unexpected road closure by the navy. By the time the Navy shut the road down it was to late to cancel the arrival of the chipping crew and the chip hauling trucks, so they will all have to be payed show up time.

ON BEHALF OF THE CONTRACTOR, I CERTIFY THAT THIS REPORT IS COMPLETED AND CORRECT AND EQUIPMENT AND MATERIAL USED AND WORK PERFORMED DURING THIS REPORTING PERIOD IS IN COMPLIANCE WITH THE CONTRACT DRAWINGS AND SPECIFICATIONS TO THE BEST OF MY KNOWLEDGE EXCEPT AS NOTED IN THIS REPORT.

AUTHORIZED QC MANAGER AT SITE     DATE

## GOVERNMENT QULITY ASSURANCE REPORT     DATE

QUALITY ASSURANCE REPRESENTATIVE'S REMARKS AND/OR EXCEPTIONS TO THE REPORT

GOVERNMENT QUALITY ASSURANCE MANAGER     DATE

COMBINED FORM 01450-1 (7/96)     (BACK)     SHEET     OF

# CONTRACTOR QUALITY CONTROL REPORT

(ATTACH ADDITIONAL SHEETS IF NECESSARY)

| PHASE | (BLANK NOT APPLICABLE) | YES | NO | IDENTIFY SPECIFICATION, DEFINEABLE FEATURE OF WORK, LOCATION AND LIST PERSONNEL PRESENT |
|---|---|---|---|---|
| PREPARATORY | PLANS AND SPECS HAVE BEEN REVIEWED | X | | 02548N Part 3.1 Asphalt Rubber Chip Seal Application |
| | THE SUBMITTALS HAVE BEEN APPROVED | X | | |
| | MATERIALS COMPLY WITH APPROVED SUBMITTALS | X | | Eric Eucce, Dagoberto Paniagua, Jesse Servantez, Patricia Nelms, Ed Tryzna Sr., Brent |
| | MATERIALS STORED PROPERLY | X | | Gilbert Mendoza, Isidro Espedia, Jose Ordaz, Greg Humphers, Rick Dolan, Ann Anderson |
| | PRELIMINARY WORK WAS DONE CORRECTLY. | X | | Scott Cotton, Dora Olesh, Victor Nunez, Scott Wilmes, Dennis Ekens, Nick Garcia |
| | TESTING PLAN HAS BEEN APPROVED | X | | Ben Parker, Mike Moore, Richard Skeil, John Geshay, Brook Barthalamule, Tim Springer |
| | SCHEDULE HAS BEEN DISCUSSED | X | | |
| | JOB SAFETY / HAZARD ANALYSIS ADDRESSED | X | | |
| INITIAL | PRELIMINARY WORK WAS DONE CORRECTLY | X | | TESTING PERFORMED & WHO PERFORMED TEST |
| | SAMPLE HAS BEEN PREPARED/ APPROVED | | | |
| | WORKMANSHIP IS SATISFACTORY | X | | |
| | TEST RESULTS ARE ACCEPTABLE. | | | |
| | WORK IS IN COMPLIANCE WITH THE CONTRACT. | X | | |
| | WORK COMPLIES WITH SAFETY REQUIREMENTS | X | | |
| FOLLOW-UP | WORK COMPLIES WITH CONTRACT AS APPROVED INITIAL PHASE | | | TESTING PERFORMED & WHO PERFORMED TEST |
| | WORK COMPLIES WITH SAFETY REQIREMENTS | | | |

| REWORK ITEMS IDENTIFIED TODAY (NOT CORRECTED BY CLOSE OF BUSINES) | REWORK ITEMS CORRECTED TODAY (FROM REWORK ITEMS LIST) |
|---|---|
| N/A | N/A |

REMARKS:

Job was shut down due to an unexpected road closure by the Navy. We were unable to get our equiptment because of the closure, so all operations had to be cancelled.

ON BEHALF OF THE CONTRACTOR, I CERTIFY THAT THIS REPORT IS COMPLETED AND CORRECT AND EQUIPMENT AND MATERIAL USED AND WORK PERFORMED DURING THIS REPORTING PERIOD IS IN COMPLIANCE WITH THE CONTRACT DRAWINGS AND SPECIFICATIONS TO THE BEST OF MY KNOWLEDGE EXCEPT AS NOTED IN THIS REPORT.

AUTHORIZED QC MANAGER AT SITE DATE

## GOVERNMENT QULITY ASSURANCE REPORT

DATE

QUALITY ASSURANCE REPRESENTATIVE'S REMARKS AND/OR EXCEPTIONS TO THE REPORT

GOVERNMENT QUALITY ASSURANCE MANAGER DATE

COMBINED FORM 01450-1 (7/96) (BACK) SHEET OF

# CONTRACTOR'S QUALITY CONTROL REPORT

7/28/2004

(ATTACH ADDITIONAL SHEETS IF NECESSARY)

| PHASE | (BLANK NOT APPLICABLE) | YES | NO | IDENTIFY SPECIFICATION, DEFINEABLE FEATURE OF WORK, LOCATION AND LIST PERSONNEL PRESENT |
|---|---|---|---|---|
| PREPARATORY | PLANS AND SPECS HAVE BEEN REVIEWED | X | | 02548N Part 3.1 Asphalt Rubber Chip Seal Application |
| | THE SUBMITTALS HAVE BEEN APPROVED | X | | Eric Eucce, Dagoberto Panlagua, Jesse Servantez, Patricia Nelms, Ed Tryzna Sr., Brent |
| | MATERIALS COMPLY WITH APPROVED SUBMITTALS | X | | Gilbert Mendoza, Isidro Espedia, Jose Ordaz, Greg Humphers, Rick Dolan, Ann Anderson |
| | MATERIALS STORED PROPERLY | X | | Scott Cotton, Dora Olesh, Victor Nunez, Scott Wilmes, Dennis Ekens, Nick Garcia |
| | PRELIMINARY WORK WAS DONE CORRECTLY. | X | | Ben Parker, Mike Moore, Richard Skell, John Geshay, Brook Barthalamule, Tim Springer |
| | TESTING PLAN HAS BEEN APPROVED | X | | |
| | SCHEDULE HAS BEEN DISCUSSED | X | | |
| | JOB SAFETY / HAZARD ANALYSIS ADDRESSED | X | | |
| INITIAL | PRELIMINARY WORK WAS DONE CORRECTLY | X | | TESTING PERFORMED & WHO PERFORMED TEST |
| | SAMPLE HAS BEEN PREPARED/ APPROVED | | | |
| | WORKMANSHIP IS SATISFACTORY | X | | |
| | TEST RESULTS ARE ACCEPTABLE. | | | |
| | WORK IS IN COMPLIANCE WITH THE CONTRACT. | X | | |
| | WORK COMPLIES WITH SAFETY REQUIREMENTS | X | | |
| FOLLOW-UP | WORK COMPLIES WITH CONTRACT AS APPROVED INITIAL PHASE | | | TESTING PERFORMED & WHO PERFORMED TEST |
| | WORK COMPLIES WITH SAFETY REQIREMENTS | | | |

| REWORK ITEMS IDENTIFIED TODAY (NOT CORRECTED BY CLOSE OF BUSINES) | REWORK ITEMS CORRECTED TODAY (FROM REWORK ITEMS LIST) |
|---|---|
| N/A | N/A |

REMARKS:

Job was shut down due to an unexpected road closure by the Navy. We were unable to get our equipment because of the closure, so all operations had to be cancelled.

ON BEHALF OF THE CONTRACTOR, I CERTIFY THAT THIS REPORT IS COMPLETED AND CORRECT AND EQUIPMENT AND MATERIAL USED AND WORK PERFORMED DURING THIS REPORTING PERIOD IS IN COMPLIANCE WITH THE CONTRACT DRAWINGS AND SPECIFICATIONS TO THE BEST OF MY KNOWLEDGE EXCEPT AS NOTED IN THIS REPORT.

AUTHORIZED QC MANAGER AT SITE DATE

## GOVERNMENT QULITY ASSURANCE REPORT

DATE

QUALITY ASSURANCE REPRESENTATIVE'S REMARKS AND/OR EXCEPTIONS TO THE REPORT

GOVERNMENT QUALITY ASSURANCE MANAGER DATE

COMBINED FORM 01450-1 (7/96) (BACK) SHEET OF

# CONTRACTOR'S PRODUCTION REPORT

(ATTACH ADDITIONAL SHEETS IF NECESSARY)

| | | |
|---|---|---|
| CONTRACT NO. N68711-03-C-1207 | TITLE AND LOCATION Repair To Range Roads | DATE 7/26/2004 |
| | | REPORT NO. 40 |
| CONTRACTOR Granite Construction | SUPERINTENDENT Rick Dolan | |

| AM WEATHER F | PM WEATHER F | MAX TEMP F | MIN TEMP F |
|---|---|---|---|
| 95-100 | 95-100 | 100 | 95 |

**WORK PERFORMED TODAY**

| Schedule Activity No. | WORK LOCATION AND DESCRIPTION | EMPLOYER | NUMBER | TRADE | HRS |
|---|---|---|---|---|---|
| 0340 | Construct Patching | Granite Const. | | | |
| 550 | Shoulder back overlay | Granite Const. | 9 | Operators | 18 |
| | | | 6 | Laborers | 12 |
| | | | 1 | Teamsters | 2 |
| | | | 5 | Oil Plant | |

**JOB SAFETY**

| | | |
|---|---|---|
| WAS A JOB SAFETY MEETING HELD THIS DAY? (If YES, attach a copy of the meeting minutes) | [X] YES [ ] NO | TOTAL WORK HOURS ON JOB SITE THIS DATE, INCL CONT'T SHEETS: 32 |
| WERE THERE ANY LOST TIME ACCIDENTS THIS DATE? (If YES, attach a copy of completed OSHA report) | [ ] YES [X] NO | CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT: 3849 |
| WAS CRANE/MANLIFT/TRENCHING/SCAFFOLD/HV ELEC/HIGH WORK/HAZMAT WORK DONE? (If YES, attach statement or checklist showing inspection performed) | [ ] YES [X] NO | |
| WAS HAZARDOUS MATERIAL/WASTE RELEASED INTO THE ENVIRONMENT? (If YES, attach a description of incident and proposed action.) | [ ] YES [X] NO | TOTAL WORK HOURS FROM START OF CONSTRUCTION: 3881 |

LIST SAFETY ACTIONS TAKEN TODAY/SAFETY INSPECTIONS CONDUCTED

[X] SAFETY REQUIREMENTS HAVE BEEN MET.

Reflective vests and hard hats are required to be worn by all employees at all times.

EQUIPMENT/MATERIAL RECEIVED TODAY TO BE INCORPORATED IN JOB

CONSTRUCTION AND PLANT EQUIPMENT ON JOB SITE TODAY. INCLUDE NUMBER OF HOURS USED TODAY

John Deere Tractor 8-278, IR DD-90HF Roller 10-380,three ride on brooms, Bear Cat chip spreader
10-008 Light Plant LP-001, Light Plant LP-003, two Hyster Rubber Tire Rollers
Rubber oil plant, Cat PF-200 Rubber Tire Roler, Caterpillar Blade, Hyster Steel Wheel

REMARKS

Project was shut down because of an unexpected road closure by the Navy. By the time the cloure was in place it was to late to cancel the chipping crews and the chip hauling trucks, they will have to be payed show up time.

CONTRACTOR / SUPERINTENDENT DATE

COMBINED FORM 01450-1(7/96)

SECTION 01450

# CONTRACTOR'S PRODUCTION REPORT

(ATTACH ADDITIONAL SHEETS IF NECESSARY)

DATE: 7/27/2004

CONTRACT NO.: N68711-03-C-1207

TITLE AND LOCATION: Repair To Range Roads

REPORT NO.: 41

CONTRACTOR: Granite Construction

SUPERINTENDENT: Rick Dolan

AM WEATHER F | PM WEATHER F | MAX TEMP F | MIN TEMP F

## WORK PERFORMED TODAY

| Schedule Activity No. | WORK LOCATION AND DESCRIPTION | EMPLOYER | NUMBER | TRADE | HRS |
|---|---|---|---|---|---|
| 0340 | Construct Patching | Granite Const. | | | |
| 550 | Shoulder back overlay | Granite Const. | | | |
| | | | | Operators | |
| | | | | Laborers | |
| | | | | Teamsters | |
| | | | | Oil Plant | |

## JOB SAFETY

WAS A JOB SAFETY MEETING HELD THIS DAY? (If YES, attach a copy of the meeting minutes) [X] YES [ ] NO

WERE THERE ANY LOST TIME ACCIDENTS THIS DATE? (If YES, attach a copy of completed OSHA report) [ ] YES [X] NO

WAS CRANE/MANLIFT/TRENCHING/SCAFFOLD/HV ELEC/HIGH WORK/HAZMAT WORK DONE? (If YES, attach statement or checklist showing inspection performed) [ ] YES [X] NO

WAS HAZARDOUS MATERIAL/WASTE RELEASED INTO THE ENVIRONMENT? (If YES, attach a description of incident and proposed action.) [ ] YES [X] NO

TOTAL WORK HOURS ON JOB SITE THIS DATE, INCL CONT'T SHEETS:

CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT:

TOTAL WORK HOURS FROM START OF CONSTRUCTION:

LIST SAFETY ACTIONS TAKEN TODAY/SAFETY INSPECTIONS CONDUCTED

[X] SAFETY REQUIREMENTS HAVE BEEN MET.

Reflective vests and hard hats are required to be worn by all employees at all times.

EQUIPMENT/MATERIAL RECEIVED TODAY TO BE INCORPORATED IN JOB

CONSTRUCTION AND PLANT EQUIPMENT ON JOB SITE TODAY. INCLUDE NUMBER OF HOURS USED TODAY

John Deere Tractor 8-278, IR DD-90HF Roller 10-380,three ride on brooms, Bear Cat chip spreader 10-008 Light Plant LP-001, Light Plant LP-003, two Hyster Rubber Tire Rollers Rubber oil plant, Cat PF-200 Rubber Tire Roler, Caterpillar Blade, Hyster Steel Wheel

REMARKS

Job was shut down due to an unexpected closure by the Navy. We were unable to get to any of our equipment due to the closure, so all operations had to be shut down.

CONTRACTOR / SUPERINTENDENT DATE

COMBINED FORM 01450-1(7/96)

SECTION 01450

# CONTRACTOR'S PRODUCTION REPORT

(ATTACH ADDITIONAL SHEETS IF NECESSARY)

DATE: 7/27/2004

| CONTRACT NO. | TITLE AND LOCATION | REPORT NO. |
|---|---|---|
| N68711-03-C-1207 | Repair To Range Roads | 42 |

| CONTRACTOR | SUPERINTENDENT |
|---|---|
| Granite Construction | Rick Dolan |

| AM WEATHER F | PM WEATHER F | MAX TEMP F | MIN TEMP F |
|---|---|---|---|
| | | | |

## WORK PERFORMED TODAY

| Schedule Activity No. | WORK LOCATION AND DESCRIPTION | EMPLOYER | NUMBER | TRADE | HRS |
|---|---|---|---|---|---|
| 0340 | Construct Patching | Granite Const. | | | |
| 550 | Shoulder back overlay | Granite Const. | | Operators | |
| | | | | Laborers | |
| | | | | Teamsters | |
| | | | | Oil Plant | |

## JOB SAFETY

| | | |
|---|---|---|
| WAS A JOB SAFETY MEETING HELD THIS DAY? (If YES, attach a copy of the meeting minutes) | [X] YES [ ] NO | TOTAL WORK HOURS ON JOB SITE THIS DATE, INCL CONT'T SHEETS |
| WERE THERE ANY LOST TIME ACCIDENTS THIS DATE? (If YES, attach a copy of completed OSHA report) | [ ] YES [X] NO | |
| WAS CRANE/MANLIFT/TRENCHING/SCAFFOLD/HV ELEC/HIGH WORK/HAZMAT WORK DONE? (If YES, attach statement or checklist showing inspection performed) | [ ] YES [X] NO | CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT |
| WAS HAZARDOUS MATERIAL/WASTE RELEASED INTO THE ENVIRONMENT? (If YES, attach a description of incident and proposed action.) | [ ] YES [X] NO | TOTAL WORK HOURS FROM START OF CONSTRUCTION |

LIST SAFETY ACTIONS TAKEN TODAY/SAFETY INSPECTIONS CONDUCTED

[X] SAFETY REQUIREMENTS HAVE BEEN MET.

Reflective vests and hard hats are required to be worn by all employees at all times.

EQUIPMENT/MATERIAL RECEIVED TODAY TO BE INCORPORATED IN JOB

CONSTRUCTION AND PLANT EQUIPMENT ON JOB SITE TODAY. INCLUDE NUMBER OF HOURS USED TODAY

John Deere Tractor 8-278, IR DD-90HF Roller 10-380,three ride on brooms, Bear Cat chip spreader 10-008 Light Plant LP-001, Light Plant LP-003, two Hyster Rubber Tire Rollers Rubber oil plant, Cat PF-200 Rubber Tire Roler, Caterpillar Blade, Hyster Steel Wheel

REMARKS

Job was shut down due to an unexpected closure by the Navy. We were unable to get to any of our equiptment due to the closure, so all operations had to be shut down.

CONTRACTOR / SUPERINTENDENT DATE

COMBINED FORM 01450-1(7/96)

SECTION 01450

GRANITE CONSTRUCTION COMPANY SINCE 1922

October 30, 2006

Terryll J. Zade
Resident Officer in Charge of Construction
Department of Navy
NAVFACENGCOM Southwest Division
Naval Air Weapons Station, Bldg 978
1 Administration Circle
China Lake, CA 93555-6100

**Re: Contract N68711-03-C-1207**
**Request for Contracting Officer's Decision**

Dear Ms. Zade:

This letter is intended as a claim by Granite Construction Company ("Granite") pursuant to the Contract Disputes Act of 1978 and constitutes a written demand for payment of additional sums due to Granite as set forth below.

In September 2004, Granite submitted Request for Equitable Adjustment No. 2 in the amount of $67,396.00. A Copy of the Request for Equitable Adjustment ("REA") is attached hereto for your reference.

At no time has the REA been contested or denied. Granite and the Navy have been discussing the REA with the Navy via emails and telephone calls over the last two years. The Navy has stated that the REA is approved, yet the Navy has failed to finalize the REA and issue payment.

Further, Granite is still owed the final portion of the original contract and retention in the amount of $174,005.71. Granite is also owed interest on said retention. The project has been completed for over 2 years and still no payment. Granite has been more than reasonable waiting for the Navy to take action relative to the payment of the remaining contract, retention and the REA.

Palmdale Branch
Box 902500
Palmdale, CA 93590-2500
(661) 726-4447
FAX (661) 726-4460

Accordingly, Granite hereby requests a Contracting Officer's Final Decision with regard to payment of the remaining contract, retention and REA No. 2.

I certify that the claim is made in good faith; that the supporting data are accurate and complete to the best of my knowledge and belief; that the amount requested accurately reflects the contract adjustment for which the contractor believes the Government is liable; and that I am duly authorized to certify the claim on behalf of the contractor.

If you have any questions or comments, I may be contacted at (661) 726-4447.

Very truly yours,

Thomas James
Granite Construction Company

KMK
Enclosures