IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| GRANITE CONSTRUCTION COMPANY<br>Plaintiff,<br>v.<br>THE UNITED STATES OF AMERICA<br>Defendant. | No. 07-146-C<br>(Judge Sweeney) |

**REQUEST FOR DISMISSAL**

Pursuant to Rule 41(a) of the United States Court of Federal Claims, Plaintiff respectfully requests the dismissal of its Complaint without prejudice. There has been no answer, counter-claim, cross-claim, or third party claim filed.

Respectfully submitted,

Dated: 6-5-07

By: /s/ Timothy E. Salter, Esq.

Timothy E. Salter, Esq.
530 B Street, Ste. 2100
San Diego, CA 92101
Telephone: (619) 238-1900

Attorneys for GRANITE CONSTRUCTION COMPANY

CERTIFICATE OF FILING

I hereby certify that on this 5th day of June 2007, a copy of the foregoing "REQUEST FOR DISMISSAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Cori Mandy